[This opinion has been published in *Ohio Official Reports* at 76 Ohio St.3d 564.]

THE STATE EX REL. TAYLOR, APPELLANT, *v*. CORRIGAN, JUDGE, APPELLEE.

[Cite as *State ex rel. Taylor v. Corrigan*, 1996-Ohio-364.]

*Mandamus—Complaint dismissed—Motion for default judgment denied—Judgment of court of appeals affirmed.*

(No. 96-882—Submitted July 24, 1996—Decided September 25, 1996.)

APPEAL from the Court of Appeals for Cuyahoga County, No. 70236.

_____

*Gerald Taylor, Jr., pro se.*

_____

{¶ 1} The judgments of the court of appeals are affirmed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.

_____